# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**SHEILA WATSON**                                                          **JUDGMENT IN A CIVIL CASE**

     Plaintiff,

vs.

**AMTECK, LLC,**                                                         **CASE NO: 23-1051-STA-jay**

     Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION of Dismissal** entered on February 23, 2024, this cause is hereby **DISMISSED with prejudice.**

                                                                        **APPROVED:**

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 2/26/2024**                                     Wendy R. Oliver
                                                                    **Clerk of Court**

                                                                   s/Maurice B. BRYSON

                                                                   **(By) Deputy Clerk**